UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                                      )
ROBERT GRAY,                       )
       Plaintiff,                       )
                                                      )
         v.                              )       C.A. No. 05-CV-11445 DPW
                                                      )
TRANSPORTATION SECURITY   )
ADMINISTRATION,             )
       Defendant.                    )
_____)

## NOTICE OF CHANGE OF ADDRESS

      Sarah Wunsch, one of the counsel for the Plaintiff, hereby gives notice that her address has changed to 211 Congress Street, 3rd Floor, Boston, Massachusetts, 02110. The phone number remains the same.

                                                         /s/ Sarah Wunsch
                                                         Sarah Wunsch, BBO No. 548767
                                                         ACLU of Massachusetts
                                                         211 Congress Street, 3rd Floor
                                                         Boston, MA 02110
                                                         Tel.: 617-482-3170, ext. 323

Dated: July 28, 2005