UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 05-11445DPW

---

ROBERT GRAY,
                Plaintiff,

v.

TRANSPORTATION SECURITY ADMINISTRATION, JAMES LOY IN HIS CAPACITY AS SECRETARY OF THE TRANSPORTATION SECURITY ADMINISTRATION, DEPARTMENT OF HOMELAND SECURITY, AND MICHAEL CHERTOFF IN HIS CAPACITY AS SECRETARY OF THE DEPARTMENT OF HOMELAND SECURITY
                Defendant.

---

### AFFIDAVIT OF HUGH DUN RAPPAPORT

I, Hugh Dun Rappaport, do depose and state as follows:

1. I am admitted to practice law in the Commonwealth of Massachusetts and represent Plaintiff, Robert Gray, in the above-captioned matter. This Affidavit is submitted pursuant to Fed. R. Civ. P. 4(f).

2. On July 15, 2005, I caused summonses and copies of the Verified Complaint in the above-captioned matter to be served by Certified Mail/Return Receipt Requested upon each Defendant, and Alberto Gonzalez, Attorney General of the United States and on August 19, 2005, I caused a summons and a copy of the Verified Complaint in the above-captioned matter to be served by Certified Mail/Return Receipt Requested upon the Civil Process Clerk, Office of the United States Attorney.

3. Attached hereto as the following exhibits are the following documents:

    Exhibit A – Return receipt card signed on behalf of Michael Chertoff, Secretary, U.S. Department of Homeland Security;

    Exhibit B - Return receipt card signed on behalf of U.S. Department of Homeland Security;

    Exhibit C – Return receipt card signed on behalf of James Loy, Secretary, Transportation Security Administration;

    Exhibit D – Return receipt card signed on behalf of Transportation Security Administration;

    Exhibit E - Return receipt card signed on behalf of Alberto Gonzalez, Attorney General of the United States, Department of Justice; and

    Exhibit F - Return receipt card signed on behalf of Civil Process Clerk, Office of the United States Attorney.

Signed under the penalties of perjury this 24th day of August, 2005.

                                                       HUGH DUN RAPPAPORT

2192\0001\153822.1

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Michael Chertoff, Secretary
   U.S. Department of Homeland Security
   Washington, D.C. 20528

   *SERVICE ACCEPTED IN OFFICIAL CAPACITY ONLY*

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X  Frances Adams
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
   JUL 2 6 2005

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Hugh Dun Rappaport, Esq.
Krokidas & Bluestein LLP
600 Atlantic Avenue, 19th Floor
Boston, MA  02210

Krokidas & Bluestein LLP

(2192-1)

AUG 0 1 2005

Ex. B

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Frances Adams*  ☐ Agent  ☐ Addressee<br>B. Received by (*Printed Name*)  C. Date of Delivery |
| 1. Article Addressed to:<br><br>U.S. Department of Homeland Security<br>Washington, D.C. 20528 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:  ☐ No<br><br>JUL 2  |
|  | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered       ☐ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)   ☐ Yes |
| 2. Article Number<br>   (*Transfer from service label*) | |

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

---

UNITED STATES POSTAL SERVICE        ||||        First-Class Mail
                                                Postage & Fees Paid
                                                USPS
                                                Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Hugh Dun Rappaport, Esq.
Krokidas & Bluestein LLP
600 Atlantic Avenue, 19th Floor
Boston, MA  02210
                        Krokidas & Bluestein LLP

(2192-1)                AUG 0 1 2005



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   James Loy, Secretary
   Transportation Security
     Administration
   601 South 12th Street
   Arlington, VA  22202-4220

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☑ Agent  ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)

   7004 2890 0004 6332 0923

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Hugh Dun Rappaport, Esq.
Krokidas & Bluestein LLP
600 Atlantic Avenue
Boston, MA  02210

(2192-1)

Krokidas & Bluestein LLP

JUL 2 1 2005

02210+2209

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_  ☒ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br><br>Transportation Security<br>  Administration<br>601 South 12th Street<br>Arlington, VA 22202-4220 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:  ☐ No<br><br>_[U.S. NAVY JUL 19 postmark]_ |
| | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7004 2890 0004 6332 1241 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Hugh Dun Rappaport, Esq.
Krokidas & Bluestein LLP
600 Atlantic Avenue, 10th Floor
Boston, MA 02210

(2192-1)

JUL 21 2005

02210+2209

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br><br>Alberto Gonzalez<br>Attorney General of the<br>  United States<br>Department of Justice<br>950 Pennsylvania Avenue, N.W.<br>Washington, D.C.  20530-0001<br><br>7004-2890-0004-6332-1234 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>   (Transfer from service label) | |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

UNITED STATES POSTAL SERVICE    |||||    First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Hugh Dun Rappaport, Esq.
Krokidas & Bluestein LLP
600 Atlantic Avenue, 19th Floor
Boston, MA  02210


Krokidas & Bluestein LLP
JUL 2 7 2005

(2192-1)

Ex. F

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_  ☐ Agent  ☐ Addressee<br>B. Received by ( *Printed Name* )   C. Date of Delivery |
| 1. Article Addressed to:<br><br>Civil Process Clerk<br>Office of United States<br>   Attorney<br>U.S. Courthouse, Suite 9200<br>1 Courthouse Way<br>Boston, MA  02210 | D. Is delivery address different from item 1?  ☐ Yes<br>   If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☒ Certified Mail    ☐ Express Mail<br>☐ Registered       ☐ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)        ☐ Yes |
| 2. Article Number<br>   *(Transfer from service label)* | 7004 2890 0004 6332 1029 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

UNITED STATES POSTAL SERVICE                    First-Class Mail
                                                Postage & Fees Paid
                                                USPS
                                                Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Hugh Dun Rappaport, Esq.
Krokidas & Bluestein LLP
600 Atlantic Avenue          Krokidas & Bluestein LLP
Boston, MA  02210
                              AUG 23 2005

(2192-1)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 05-11445DPW

ROBERT GRAY,

                   Plaintiff,

v.

TRANSPORTATION SECURITY ADMINISTRATION, JAMES LOY IN HIS CAPACITY AS SECRETARY OF THE TRANSPORTATION SECURITY ADMINISTRATION, DEPARTMENT OF HOMELAND SECURITY, AND MICHAEL CHERTOFF IN HIS CAPACITY AS SECRETARY OF THE DEPARTMENT OF HOMELAND SECURITY

                   Defendant.

**CERTIFICATE OF SERVICE**

      I, Hugh Dun Rappaport, hereby certify that on August 24, 2005, I served a copy of an Affidavit of Hugh Dun Rappaport, via first class mail, postage prepaid, upon the following:

James Loy, Secretary
Transportation Security Administration
601 South 12th Street
Arlington, VA  22202-4220

Transportation Security Administration
601 South 12th Street
Arlington, VA  22202-4220

Michael Chertoff, Secretary
U.S. Department of Homeland Security
Washington, D.C.  20528

U.S. Department of Homeland Security
Washington, D.C.  20528

                                                Hugh Dun Rappaport

2192\0001\154762.1