UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT GRAY,                                    )<br>                                                         )<br>                Plaintiff,             )<br>                                                         )<br>v.                                                      )<br>                                                         )<br>TRANSPORTATION SECURITY       )<br>ADMINISTRATION; JAMES LOY, in his )<br>official capacity as SECRETARY OF THE )<br>TRANSPORTATION SECURITY       )<br>ADMINISTRATION; DEPARTMENT OF )<br>HOMELAND SECURITY; and            )<br>MICHAEL CHERTOFF, in his official capacity )<br>as SECRETARY OF HOMELAND SECURITY, )<br>                                                         )<br>                Defendants.          )<br>_____) | Civil Action No. 05-11445 DPW |

To the Clerk:

      Pursuant to Local Rule 83.5.2, please enter my appearance in the above-captioned case as counsel for the defendants.

                                                         Respectfully submitted,

                                                         MICHAEL J. SULLIVAN
                                                         United States Attorney

                                       By:  /s/ Mark T. Quinlivan
                                             MARK T. QUINLIVAN
                                             Assistant United States Attorn
                                             John Joseph Moakley U.S. Courthouse
                                             1 Courthouse Way, Suite 9200
                                             Boston, MA 02210
                                             617-748-3606

Dated: September 16, 2005