**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ROBERT GRAY,                 ) | |
|                     ) | Civil Action No. 05-11445 DPW |
|        Plaintiff,    ) | |

ROBERT GRAY,                                             )

               Plaintiff,                )                Civil Action No. 05-11445 DPW

      v.                                                     )

TRANSPORTATION SECURITY                )
ADMINISTRATION; EDMUND S. HAWLEY[1],  )
in his capacity as ASSISTANT SECRETARY  )
FOR HOMELAND SECURITY,                     )
TRANSPORTATION SECURITY                )
ADMINISTRATION, DEPARTMENT OF         )
HOMELAND SECURITY; DEPARTMENT OF   )
HOMELAND SECURITY; and MICHAEL        )
CHERTOFF, in his capacity as SECRETARY  )
OF THE DEPARTMENT OF HOMELAND       )
SECURITY,                                                )

             Defendants.                )

_____)

**JOINT STATUS REPORT**

Pursuant to this Court's Electronic Order dated September 21, 2005, the parties hereby provide this Court with notice regarding the status of proceedings in the United States Court of Appeals for the First Circuit.

As set forth in the parties' previous Joint Status Reports, the First Circuit granted the plaintiff's assented-to motion to stay appellate proceedings, which stated that he was engaged in active efforts to reach an informal resolution of the claims he has asserted against the government. The First Circuit ordered the parties to promptly notify the court in the event that the matter is

---

[1] Pursuant to Fed. R. Civ. P. 25(d)(1), Edmund S. Hawley is automatically substituted for his predecessor, James Loy, as Assistant Secretary for Homeland Security, Transportation Security Administration, Department of Homeland Security. .

resolved, and also ordered the parties to file a status report on November 28, 2005, and at thirty day

intervals thereafter, if the case is not resolved.

Plantiff is continuing to discuss with the government whether this case can be informally

resolved, and has met with representatives of the government on two occasions during November

and December 2005, to that end.  Although no final resolution has yet been reached, substantial

progress has been made, and discusssions are continuing.

Respectfully submitted,

ROBERT GRAY,                                   TRANSPORTATION SECURITY
By his attorneys,                              ADMINISTRATION, et al.,

 /s/ Hugh Dun Rappaport                         /s/ Mark T. Quinlivan
Paul Holtzman, Esq.                            MARK T. QUINLIVAN
Hugh Dun Rappaport, Esq.                       Assistant U.S. Attorney
KROKIDAS & BLUESTEIN LLP                       John Joseph Moakley U.S. Courthouse
600 Atlantic Avenue                            1 Courthouse Way, Suite 9200
Boston, MA  02210                              Boston, MA 02210
(617) 482-7211                                 (617) 748-3606

 /s/ Sarah R. Wunsch
Sarah R. Wunsch, Esq.
(USCA # 28628)
ACLU OF MASSACHUSETTS
211 Congress Street
Boston, MA  02110
(617) 482-3170


Dated: January 21, 2006