UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT GRAY,                )<br>                                         )<br>　　　　　　Plaintiff,         )<br>                                         )<br>v.                                       )<br>                                         )<br>TRANSPORTATION SECURITY )<br>ADMINISTRATION; EDMUND S. HAWLEY[1], )<br>in his capacity as ASSISTANT SECRETARY )<br>FOR HOMELAND SECURITY,    )<br>TRANSPORTATION SECURITY )<br>ADMINISTRATION, DEPARTMENT OF )<br>HOMELAND SECURITY; DEPARTMENT OF )<br>HOMELAND SECURITY; and MICHAEL )<br>CHERTOFF, in his capacity as SECRETARY )<br>OF THE DEPARTMENT OF HOMELAND )<br>SECURITY,                            )<br>                                         )<br>　　　　　　Defendants.   )<br>_____) | Civil Action No. 05-11445 DPW |

## JOINT STATUS REPORT

Pursuant to this Court's Electronic Order dated September 21, 2005, the parties hereby provide this Court with notice regarding the status of proceedings in the United States Court of Appeals for the First Circuit.

As set forth in the parties' previous Joint Status Reports, the First Circuit granted the plaintiff's assented-to motion to stay appellate proceedings, which stated that he was engaged in active efforts to reach an informal resolution of the claims he has asserted against the government. The First Circuit ordered the parties to promptly notify the court in the event that the matter is

---

[1] Pursuant to Fed. R. Civ. P. 25(d)(1), Edmund S. Hawley is automatically substituted for his predecessor, James Loy, as Assistant Secretary for Homeland Security, Transportation Security Administration, Department of Homeland Security.

resolved, and also ordered the parties to file a status report on November 28, 2005, and at thirty day intervals thereafter, if the case is not resolved.

The parties continue to make substantial progress towards resolving this matter without further intervention by the Court, and are presently attempting to resolve certain outstanding matters to the satisfaction of both sides.

|  | Respectfully submitted, |
|---|---|
| ROBERT GRAY,<br>By his attorneys, | TRANSPORTATION SECURITY<br>ADMINISTRATION, et al., |
| /s/ Hugh Dun Rappaport<br>Paul Holtzman, Esq.<br>Hugh Dun Rappaport, Esq.<br>KROKIDAS & BLUESTEIN LLP<br>600 Atlantic Avenue<br>Boston, MA  02210<br>(617) 482-7211 | /s/ Mark T. Quinlivan<br>MARK T. QUINLIVAN<br>Assistant U.S. Attorney<br>John Joseph Moakley U.S. Courthouse<br>1 Courthouse Way, Suite 9200<br>Boston, MA 02210<br>(617) 748-3606 |
| /s/ Sarah R. Wunsch<br>Sarah R. Wunsch, Esq.<br>ACLU OF MASSACHUSETTS<br>211 Congress Street<br>Boston, MA  02110<br>(617) 482-3170 | |

Dated: July 21, 2006