## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT GRAY,  )<br>  )<br>           Plaintiff,  )<br>  )<br>v.  )<br>  )<br>TRANSPORTATION SECURITY  )<br>ADMINISTRATION; EDMUND S. HAWLEY,  )<br>capacity as ASSISTANT SECRETARY OF  )<br>HOMELAND SECURITY FOR THE  )<br>TRANSPORTATION SECURITY  )<br>ADMINISTRATION; DEPARTMENT OF  )<br>HOMELAND SECURITY; and MICHAEL  )<br>CHERTOFF, in his capacity as SECRETARY  )<br>OF THE DEPARTMENT OF HOMELAND  )<br>SECURITY,  )<br>  )<br>           Defendants.  )<br>_____) | Civil Action No. 05-11445 DPW |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties hereby jointly stipulate to the dismissal of this action without prejudice, the federal government having concluded, based on new information voluntarily provided by the plaintiff, Robert William George Mulryne Gray, that at this time he does not pose a threat to aviation or national security. All parties will bear their own costs and fees.

|  |  |
|---|---|
|  | Respectfully submitted, |
| ROBERT GRAY,<br>By his attorneys, | TRANSPORTATION SECURITY<br>ADMINISTRATION, et al., |
| /s/ Hugh Dun Rappaport<br>Paul Holtzman, Esq.<br>Hugh Dun Rappaport, Esq.<br>KROKIDAS & BLUESTEIN LLP<br>600 Atlantic Avenue<br>Boston, MA  02210<br>(617) 482-7211 | /s/ Mark T. Quinlivan<br>MARK T. QUINLIVAN<br>Assistant U.S. Attorney<br>John Joseph Moakley U.S. Courthouse<br>1 Courthouse Way, Suite 9200<br>Boston, MA 02210<br>(617) 748-3606 |
| /s/ Sarah R. Wunsch<br>Sarah R. Wunsch, Esq.<br>(USCA # 28628)<br>ACLU OF MASSACHUSETTS<br>211 Congress Street<br>Boston, MA  02110<br>(617) 482-3170 |  |

Dated: August 7, 2006